TIMOTHY E. WARRINER (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant-Appellant,
DERIAN EIDSON

SUZANNE A. LUBAN (SB#120629)
Attorney At Law
3758 Grand Ave. #4
Oakland, CA 94610
(510) 832-3555

Attorney for Defendant-Appellant,
STEVEN ZINNEL

14-10196, 14-10141

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>STEVEN ZINNEL, and DERIAN EIDSON,<br><br>Defendants-Appellants. | ) Nos. 14-10196<br>) 14-10141 (consolidated)<br>) D.C. No. 11-cr-00234 TLN<br>)<br>) UNOPPOSED JOINT MOTION FOR<br>) FURTHER EXTENSION OF TIME<br>) TO FILE APPELLANT'S BRIEF,<br>) WITH DECLARATIONS OF<br>) COUNSEL AND REQUEST FOR<br>) LEAVE TO FILE 2nd LUBAN<br>) DECLARATION UNDER SEAL<br>) |

MOTION FOR FURTHER EXTENSION OF TIME

Defendant-Appellant Derian Eidson, through her attorney Timothy E. Warriner, and Defendant-Appellant Steven Zinnel, through his attorney Suzanne A. Luban, hereby jointly move the Court to further extend the time in which to file Appellants' Consolidated Opening Brief and Excerpts of Record. The opening

1

brief is currently due on February 5, 2015. This Court granted earlier unopposed extensions by orders filed May 20, 2014 and September 24, 2014, due to defense counsel's workload issues. A third extension is hereby requested, to and including July 15, 2015. The government does not oppose this request for extension of time.

Appellants Ms. Eidson and Mr. Zinnel are now in custody, serving their sentences imposed by the District Court. Ms. Eidson has an expected release date of August 10, 2022, and is incarcerated at FCI Victorville Med. II in Victorville, California. Mr. Zinnel has an expected release date of December 5, 2028, and is incarcerated at FCI Terminal Island in San Pedro, California.

This motion is based on the declarations of both appellants' counsel, and upon the other matters on file in this case. Although the government attorneys and the defendants have been fully apprised of the additional reason for this extension request, counsel for Mr. Zinnel requests leave to submit her second declaration under seal to protect privacy interests further explained in the second declaration of Suzanne A. Luban. That declaration is being submitted in paper form pursuant to Circuit Rule 27-13.

Dated: December 26, 2014          Respectfully submitted,

/s/ Timothy E. Warriner, Attorney for
Defendant-Appellant Derian Eidson

/s/ Suzanne A. Luban, Attorney for
Defendant-Appellant Steven Zinnel

## MOTION FOR LEAVE TO FILE 2nd LUBAN DECLARATION UNDER SEAL

Counsel for Mr. Zinnel requests leave to submit her second declaration under seal to protect the privacy of her family, for the reasons explained in detail in that declaration, which is being submitted to this Court by mail for filing under seal. The government attorneys and co-counsel have all been apprised of Ms. Luban's personal reasons for this motion for extension of time and of her request to file her second declaration under seal.

Dated: December 26, 2014          Respectfully submitted,

                                                    /s/ Suzanne A. Luban, Attorney for
                                                   Defendant-Appellant Steven Zinnel

## DECLARATION OF TIMOTHY E. WARRINER

I, Timothy E. Warriner, declare:

1. I am appointed counsel for Defendant/Appellant Derian Eidson in this direct appeal. The current due date for the Appellants' Consolidate Opening Brief is February 5, 2015. The statements in the Motion are true and correct.

2. The court reporter is not in default concerning the designated transcripts.

3. The reporter's transcript in this case is approximately 1,477 pages in length.

4. My available time to review the record and draft the opening brief has been severely limited due to the following matters constituting extraordinary need for an extension of time: completion of the opening brief in *United States v. Pulley* (USCA No. 13-10491), filed October 7, 2014; ongoing preparation for a mortgage fraud trial in *United States v. Markevich* (11-10490; trial was originally set to begin in November 2014 but has been continued to April 20, 2015; the case involves over 80,000 pages of documents); extensive work concerning matters related to sentencing in *United States* v. *Lopez* (14-00078 CRB); preparation of petition for review in *People v. Goodwin* (Cal. 5th Dist., No. F066546; Filed December 16, 2014); completion of petition for a writ of certiorari in *United States v. Garcia* (12-10189); completion of opening brief in *Conservatorship of C.B.* (Cal. 3rd Dist., No. C077467; over 500 page record; brief preparation expedited due to one-year duration of

4

civil commitment); completion of reply brief in *In re O.P.* (C066319; filed December 1, 2014); review of trial transcript in *People v. Hernandez* (Cal. 5th Dist., No. F069174; over 1,500 page record); review of respondent's briefs and preparation of reply briefs in *People v. Stewart* (Cal. 3rd Dist., No. C074218) and *People v. Morris* (Cal. 3rd Dist., No. C074119); work concerning opening brief in *United States v. Suarez* (14-10316); completion of sentencing memorandum and objections, and judgment and sentence in *United States v. Vang* (08-00116 KJM; sentencing proceedings held December 18, 2014); and ongoing preparation for murder trial in *People v. Caballero* (Sac. Superior, No. 13F07733; January 21, 2015 trial date).

5. I have continued to conduct research and investigation and have made some progress toward preparation of the opening brief herein. However, the foregoing matters have consumed the majority of my time in the past few months, making it impossible for me to complete the opening brief by the current due date, and constitute substantial need in support of this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of December, 2014, in Sacramento, California.

/s/ Timothy E. Warriner, Attorney for
Defendant-Appellant, Derian Eidson

## FIRST DECLARATION OF SUZANNE A. LUBAN

I, Suzanne A. Luban, declare:

1. I am counsel for Defendant/Appellant Steven Zinnel in this direct appeal. The statements in the Motion are true and correct.

2. I am unable to complete my portions of the Appellants' Consolidated Opening Brief herein due to the following combination of reasons, together with the reasons set forth in my Second Declaration in support of this motion, which is being submitted herewith for filing under seal.

3. I have begun a new job as the Clinical Supervising Attorney and Lecturer at Law of the Criminal Defense Clinic at Stanford Law School. This position entails a two- to-three hour daily commute as well as full-time work schedule. Since July 2014, I have been preparing for clinic workshops and the real misdemeanor cases our students will undertake, and also working on my own remaining criminal caseload, with the intention of completing this appeal and my other remaining cases before law school starts again in January 2015. Unfortunately, a series of truly unfortunate events has interceded, making this impossible.

4. On the night of October 16, 2014, I was the victim of a hit and run by a car whose occupants were fleeing police in a high speed chase through San Francisco. While not life-threatening, my physical injuries included a

   painful cervical injury that limited my ability to drive and work at a desk, and required frequent treatment with physical therapy , cold, heat, and prescription drugs that hampered my ability to focus. I have mostly recovered, but am still in treatment to address recurring pain.

5.  Another personal situation arose a few weeks after the car crash that is addressed in my second declaration, which I am respectfully submitting for filing herein under seal, which has necessitated this request for a lengthy additional extension of time.

6.  For all of these reasons, it is not possible for me to complete the opening brief herein until at least July 15, 2015.  I will make every effort to do so, and will return to the Court if the circumstances described in the under seal declaration cause further delay.

 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of December, 2014, in Oakland, California.

             /s/ Suzanne A. Luban , Attorney for
             Defendant-Appellant Steven Zinnel

CERTIFICATE OF SERVICE
(When all Case Participants are Registered for the
Appellate CM/ECF System)

I hereby certify that on December 26, 2014, I electronically filed the foregoing **UNOPPOSED JOINT MOTION FOR FURTHER EXTENSION OF TIME TO FILE APPELLANT'S BRIEF, WITH DECLARATIONS OF COUNSEL and REQUEST FOR LEAVE TO FILE 2nd LUBAN DECLARATION UNDER SEAL** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECR system.

Dated: December 26, 2014 /s/ Suzanne A. Luban, Attorney for
Defendant-Appellant Steven Zinnel