SUZANNE A. LUBAN (SB#120629)
Attorney at Law
3758 Grand Ave., #4
Oakland, CA 94610
(650) 724-6345

Attorney for Defendant-Appellant
STEVEN ZINNEL

14-10196, 14-10141

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>vs.<br><br>STEVEN ZINNEL, and DERIAN EIDSON,<br><br>        Defendants-Appellants. | Nos. 14-10196<br>14-10141 (consolidated)<br>D.C. No. 11-cr-00234 TLN<br><br>APPELLANT ZINNEL'S MOTION TO FILE OVERSIZE OPENING BRIEF, DECLARATION OF COUNSEL |

MOTION FOR LEAVE TO FILE OVERSIZE BRIEF

    Pursuant to Ninth Circuit Rule 32-2, Appellant Steven Zinnel respectfully moves this Court for permission to file an oversize brief. Good cause exists for the motion. This case is a complex criminal appeal following a jury trial on bankruptcy fraud and money laundering charges. Appellant was convicted of fifteen (15) counts. Mr. Zinnel seeks relief from multiple prejudicial trial errors, and a sentencing that was rife with procedural defects, including judicial indifference to

1

defense evidence and disparity, and interference with allocution, which culminated in a substantively unreasonable, record-setting sentence of 212 months.

This appeal raises five (5) individual trial errors with multiple sub-parts, several which are also constitutional errors, and each of which entails a complex legal and factual analysis in the brief.  In addition, this appeal raises eleven (11) separate sentencing errors.  The sentencing issues were briefed in the court below in 52 pages with 193 pages of exhibits.  The sentence imposed on this first-time defendant was 212 months, the highest sentence ever imposed in the Eastern District of California in a bankruptcy fraud case.  These trial and sentencing errors are each substantial appellate issues that require reversal and remand for new trial (except for one that requires reversal with no retrial allowed) or resentencing.

Counsel for appellant Zinnel has been diligently working to comply with the type-volume limitation of 14,000 words set forth in Federal Rules of Appellate Procedure, Rule 32(a)(7)(B)(i).  Counsel has regularly checked the word count on the brief using the built-in features of the Word software.  Counsel has made many deletions to the text in order to attempt to comply with the type-volume limitation, or at least to bring down the word count as much as possible.  Appellant and his counsel have even given up legitimate appeal issues to reduce the overall size of the brief.  The undersigned has collaborated with the attorneys representing consolidated co-appellant Derian Eidson, Becky James and Jessica Rosen, to

eliminate repetition by joining each other's issues to the greatest extent possible. This collaboration includes shifting one argument that originally appeared in Zinnel's brief to Eidson's brief, to further reduce Zinnel's word-count.

The undersigned, after 27 years doing federal appeals before this Court, is well aware that a tightly constructed argument is preferred by the Court, and that "less is more" in terms of word count. Counsel for Mr. Zinnel has made every effort to reduce the word count in her brief, especially during this last extension of time. Nevertheless, the undersigned believes that no additional issues can be cut, and that the brief as currently constituted is edited as much to reduce its word count as possible. Counsel feels that shortening the brief still further would diminish the strength of Mr. Zinnel's appeal such that justice would not be served.

Mr. Zinnel is in custody, serving the sentence imposed by the district court.

For the foregoing reasons, appellant and his counsel request leave to significantly exceed the type-volume limitation for his Opening Brief. A copy of the proposed brief is attached to this motion. The total number of words is 19,937. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 29, 2016 at Stanford, California.

                                                   Respectfully submitted,

                                                   */s/ Suzanne A. Luban*
                                                   SUZANNE A. LUBAN
                                                   Attorney for Appellant Steven Zinnel

**CERTIFICATE OF SERVICE**
(When all Case Participants are Registered for the
Appellate CM/ECF System)

I hereby certify that on February 29, 2016, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE OVERSIZE BRIEF AND DECLARATION OF COUNSEL, with a copy of APPELLANT ZINNEL's OPENING BRIEF** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECR system.

Dated: February 29, 2016

                                            Respectfully submitted,

                                            */s/ Suzanne A. Luban*
                                            SUZANNE A. LUBAN
                                            Attorney for Appellant Steven Zinnel