PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California   95814
Telephone:   (916) 554-2700

Attorneys for Appellee

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C.A. No. 14-10141 & 14-10196 |
| | ) | |
| Plaintiff-Appellee, | ) | D.C. No. 2:11-CR-234 TLN |
| | ) | (E.D. Cal., Sacramento) |
| v. | ) | |
| | ) | |
| STEVEN ZINNEL and DERIAN EIDSON, | ) | MOTION FOR EXTENSION OF TIME |
| | ) | |
| Defendants-Appellants. | ) | |

Pursuant to Circuit Rule 31-2.2(b), the United States requests a

9-month extension of time until February 23, 2017, to file its answering

brief.   This motion is based on the attached declaration of Assistant U.S.

1

Attorney Audrey B. Hemesath.   Appellant Zinnel does not oppose this

motion.   Appellant Eidson opposes this motion.

Dated: May 13, 2016                     Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ Audrey B. Hemesath
                                        MATTHEW D. SEGAL
                                        AUDREY B. HEMESATH
                                        Assistant United States
                                        Attorneys

I, Audrey B. Hemesath, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and one of two government attorneys assigned to this appeal. The government's answering brief is due on May 23, 2016. The government has not previously requested an extension. The government requests a 9-month extension of time up to and including February 23, 2017 to file its answering brief.

2. I have two criminal trials set to begin within the next three months. *United States v. Samchuk,* 12-cr-66 GEB, is scheduled for July 26, 2016. *United States v. Mitchell*, 12-cr-401 KJM, is scheduled for trial beginning June 6, 2016. Due to my responsibilities in these criminal trials, I am unable to dedicate the time necessary to prepare the government's answering brief until late summer.

3. Co-counsel Matthew Segal is scheduled for trial in *United States v. Marty, et al.,* 2:13-cr-217 KJM, beginning September 19, 2016, and United States v. Muller, 2:15-cr-205 TLN, beginning January 30, 2017. These trials, combined with Mr. Segal's ordinary

duties supervising a unit in my Office, make it impractical for Mr. Segal to litigate the appeal without me.

4.      The opening brief filed by each appellant is lengthy, raising numerous arguments that will take an unusual amount of time to address. The government has been diligent in its efforts to complete this brief, and anticipates filing within the requested time.

5.      Counsel for Zinnel has indicated her non-opposition to this extension request.   Counsel for Eidson has indicated opposition to this extension request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of May, 2016.

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH