UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>STEVEN ZINNEL, et al.,<br><br>        Defendants - Appellants. | No. 14-10141, 14-10196<br><br>D.C. No. 2:11-cr-00234-TLN-1<br>Eastern District of California,<br>Sacramento<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellee's motion for an extension of time to file the answering brief is granted.

The answering brief is now due February 23, 2017. In view of the lengthy extension granted by this order, any further motion to extend the due date of the answering brief is strongly disfavored.

The optional reply brief is due within 14 days after service of the answering brief.

GS   App. Comm.  05/23/2016/Pro Mo