

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 0 9 2018

FILED
DOCKETED
DATE

Steven Zinnel, #66138-097
FCI Terminal Island
P.O. Box 3007
San Pedro, CA  90733-3007

August 6, 2018

Chief Judge Sidney R. Thomas          Commissioner Peter Shaw
U.S. Court of Appeals for             U.S. Court of Appeals for
the Ninth Circuit                     the Ninth Circuit
P.O. Box 193939                       P.O. Box 193939
San Francisco, CA  94119-3939         San Francisco, CA  94119-3939

Re:  United States v. Steven Zinnel, 9 CA no. 14-10141

Dear Chief Judge Thomas and Commissioner Shaw:

On May 29, 2018, the Court of Appeals received my Report and
Complaint against the attorneys representing Appellee
United States.  The Report and Complaint is contained in the
docket of case number 14-10141 as docket entry 144.  The Report
and Complaint is over 250 pages.  I have enclosed the first
few pages of the Report and Complaint for your convenience.
Nowhere in the Report and Complaint do I move the Court for
sanctions nor can the Report and Complaint be construed as
a motion for sanctions.

The Report and Complaint is based on the numerous misrepresentations
by the government lawyers in the United States' Appellee Brief
and at oral argument.  I also filed a Petition for Rehearing that
identifies government lawyer misrepresentations as well. (Dkt #141),

On July 26, 2018 the Court denied my Petition for Rehearing.
(order enclosed).  In the order, the panel "construed the
Report as a motion for sanctions."  A review of docket #144
reveals it is not.

Therefore, I write to both of you to request that you review
the Report and Complaint to determine if an Order to Show
Cause should issue to the offending attorneys for violation
of F.R.A.P. 46.  The government lawyers' prosecutorial
misconduct in my case is appalling and serious review is required.

Respectfully submitted,

Steven Zinnel

cc: AUSA Matthew Segal - see Certificate of Service
    U.S. Attorney McGregor Scott - see Certificate of Service

DKT # 149

Steven Zinnel, Reg. #66138-097
Federal Correctional Institution
Terminal Island
P.O. Box 3007
San Pedro, CA  90733-3007

Defendant-Appellant, In Pro Se

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 2 9 2018

FILED_____
DOCKETED_____
                    DATE        INITI

14-10141, 14-10196

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff-Appellee, <br><br> v. <br><br> STEVEN ZINNEL and <br><br> DERIAN EIDSON, <br><br>     Defendants-Appellants. | Nos. 14-10141, 14-10196 (consolidated) <br> D.C. No. 11-cr-00234-TLN <br><br> APPELLANT STEVEN ZINNEL'S REPORT AND COMPLAINT AGAINST THE ATTORNEYS REPRESENTING APPELLEE UNITED STATES OF AMERICA REPORTING ALLEGED CRIMES, RULE VIOLATIONS, MISREPRESENTATIONS TO JUDGES, VIOLATIONS OF CALIFORNIA-STATE BAR RULES, CONDUCT UNBECOMING A MEMBER OF A COURT'S BAR AND CONTRARY TO PROFESSIONAL CONDUCT, VIOLATIONS OF <br> (1) STANDARDS IMPOSED BY LAW <br> (2) APPLICABLE RULES OF PROFESSIONAL CONDUCT, AND <br> (3) DEPARTMENT OF JUSTICE POLICY <br> IN SUPPORT OF HIS PETITION FOR REHEARING AND REHEARING EN BANC |

To Judges Fletcher, Paez, Wilken and the United States Court of Appeals for the Ninth Circuit

Steven Zinnel (hereinafter "Zinnel," "Claimant," and/or "Appellant") hereby makes a Report and Complaint ("Complaint") to the United States Court of Appeals for the Ninth Circuit regarding five Department of Justice ("DOJ") attorneys that are currently counsel of record for Plaintiff and Appellee United States of America in a pending appeal before the United States Court of Appeals for the Ninth Circuit captioned as "United States of America v. Steven Zinnel and Derian Eidson," Court of Appeals for the Ninth Circuit nos. 14-10141 and 14-10196 (consolidated) (hereinafter "appeal"). The appeal is taken from the United States District Court judgment in "United States of America v. Steven Zinnel and Derian Eidson," U.S D.C. Eastern District of California, Sacramento, D.C. no. 2:11-cr-00234-TLN (hereinafter "Criminal Case").

This Department of Justice attorney misconduct Complaint arises out of a federal criminal bankruptcy fraud prosecution that went horribly wrong. In their drive to win at all costs, the offending Assistant United States Attorneys resorted to committing crimes, cheating, misrepresenting to judges, and conduct unbecoming a member of the court's bar. Further, the attorneys violated (1) standards imposed by law, (2) applicable rules of professional conduct, and (3) Department of Justice policy. The five (5) Department of Justice ("DOJ") attorneys are currently counsel of record for Plaintiff and Appellee United States of America in the appeal.

This Complaint concerns five Department of Justice ("DOJ") attorneys that practice before the United States Court of Appeals for the Ninth Circuit and the United States District Court, Eastern District of California, Sacramento, that have engaged in conduct unbecoming a member of the court's bar and contrary to professional standards subjecting the offending attorneys discipline pursuant to California Business and Professions code sections 6068, 6103, and 6128 which concerns attorneys, State Bar of California Rules of Professional Conduct, and Federal Rules of Appellate Procedure 46(c). The offending attorneys have breach the most basic ethical tenets of candor and engaged in scorched earth litigation tactics. As prosecutors and officers of the court, the offending DOJ attorneys had the duty to prosecute fairly. Instead, the engaged in deplorable and illegal conduct. As a result, Seven Zinnel and attorney Derian Eidson ("Eidson") have been wrongly convicted and irreparably harmed.

IDENTIFICATION OF THE OFFENDING ATTORNEYS

This Complaint concerns the following attorneys, who are members of the State Bar of California, who are employed by the U.S. Department of Justice, and whose names all appear on Plaintiff and Appellee United States of America's Answering Brief filed on February 23, 2017 (DktEntry: 69, BS 6801) (hereinafter "GB"). Two of the attorneys argued on the government's behalf at oral argument before the Ninth Circuit on November 16, 2017.

    Matthew D. Segal, Assistant U.S. Attorney, State Bar of California number 190938 [argued at oral argument]
    Audrey B. Hemesath, Assistant US. Attorney, State Bar of California number 212757 [argued at oral argument]
    Kevin C. Khasigian, Assistant U.S. Attorney, State Bar of California number 261818
    Camil A. Skipper, Assistant U.S. Attorney, State Bar of California number 175696
    Phillip A. Talbert, Assistant U.S. Attorney, State Bar of California number 145263

The above-listed attorneys' mailing address and telephone number is:

United States Attorney's Office, Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

T. 916-554-2700

The attorneys' crimes and misconduct occurred by the misrepresentations (bald-faced lies) and alleged "facts" without citations to the record that were made by the attorneys in the government's Answering Brief of the United States ("GB") filed with the court on February 23, 2017, in case no. 14-10141, and reflected as DktEntry: 69 (BS 6801) and at oral argument before the Ninth Circuit on November 16, 2017. Note that "BS" refers to the Bates number hand-written or typed at the right bottom of each page on the documents submitted with this report. As Zinnel's appellate briefs clearly demonstrate, the United State's Answering Brief and oral argument defends the indefensible. The five government lawyers' unsupported and untrue claims without a single citation to the record, repeated ad nauseam, does not magically make an untrue "fact" true. "Painting black lines on the side of a horse and calling it a zebra does not make it one." United States v. Vazquez-Rivera, 135 F.3d 172, 177 (1 CA, 1998). Further, "it is a cardinal rule of appellate practice that the facts are those found in the record and not those found in

already before the court. No new documents should be submitted to the court at this stage of the proceedings.

Zinnel's motion to compel documents relating to the Wamu Bank account (Docket No. 143) is **DENIED**.

Zinnel's report and complaint against the United States Attorneys (Docket No. 144), which the court construes as a motion for sanctions, is **DENIED**.

Zinnel's motion to strike the answering brief and oral argument (Docket No. 145) is **DENIED**.

Defendant-Appellants Zinnel and Eidson's petitions for panel rehearing are **DENIED**.

Judge W. Fletcher and Judge Paez voted to deny Defendant-Appellants Zinnel and Eidson's petitions for rehearing en banc and Judge Wilken so recommended. The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. Accordingly, Defendant-Appellants Zinnel and Eidson's petitions for rehearing en banc are **DENIED**.

2

## CERTIFICATE OF SERVICE

I hereby certify that on ___August 6, 2018___ , I sent first

class postage prepaid, by depositing said documents herein-

listed with prison authorities at the Mail Room of the Federal

Correctional Institution at Terminal Island for mailing through

the United States Postal Service.

I mailed the following dcouments:

    August 6, 2018 letter, with enclosures, addressed to

    Chief Judge Sidney R. Thomas and Commissioner Peter

    Shaw of the Court of Appeals for the Ninth Circuit

Persons served:

    AUSA Matthew Segal and U.S. Attorney McGregor Scott

    United States Attorney's Office
    Eastern District of California
    501 I Street, Suite 10-100
    Sacramento, CA 95814

I certify under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.



Steven Zinnel, #66138-097
FCI Terminal Island
P.O. Box 3007
San Pedro, CA 90733-3007